RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_wong@fd.org

Attorney for Carla Miller

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLA MILLER,<br><br>        Defendant. | Case No. 2:19-mj-432-DJA<br><br>**STIPULATION TO CONTINUE CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Carla Miller, that the Status Check Hearing currently scheduled on June 30, 2020, be vacated and this case be closed.

This Stipulation is entered into for the following reasons:

1. Ms. Miller has paid her $10 financial obligation and has provided proof that she completed her substance abuse course.
2. The government has agreed Ms. Miller has completed her outstanding obligations.
3. The parties agree that this case can now be closed.

DATED this 29th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Andrew Wong*<br>Andrew Wong<br>Assistant Federal Public Defender | By */s/ Rachel Kent*_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-432-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CARLA MILLER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the hearing currently scheduled for June 30, 2020 be vacated and this case be closed.

DATED this 30th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3